# Court of Appeals
# of the State of Georgia

ATLANTA, September 16, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2126. RICHARD STANLEY v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK.

On September 9, 2011, the trial court entered a final judgment in this matter, which included a writ of possession. Richard C. Stanley appealed the ruling. In an unpublished opinion, this Court affirmed. See *Stanley v. Bank of New York*, Case Number A12A1421, decided Feb. 27, 2013. Following remittitur, the Bank of New York Mellon sought another writ of possession. By order dated March 6, 2014, the trial court noted that its September 9, 2011 writ of possession remained valid. Stanley filed a notice of appeal from this ruling.[1] We, however, lack jurisdiction.

When the questions presented on appeal have become moot, the appeal is subject to dismissal. See OCGA § 5-6-48 (b) (3). "An appeal becomes moot if the rights insisted upon could not be enforced by a judicial determination." *Randolph County v. Johnson*, 282 Ga. 160 (1) (646 SE2d 261) (2007). Here, our affirmance of the trial court's September 9, 2011 writ of possession served as a final adjudication of the dispute between the parties. Under these circumstances, Stanley's appeal of the trial court's March 6, 2014 order is moot. See *Howard v. GMAC Mortg.*, 321 Ga. App. 285, 289 (2) (739 SE2d 453) (2013). This appeal is therefore DISMISSED.

---

[1] Stanley appealed to the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/16/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*